1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT

8                          CENTRAL DISTRICT OF CALIFORNIA

9

10   STEVEN CUELLAR,                    )   No. CV 12-6036 JFW (FFM)
                                        )
11                    Petitioner,       )   ORDER ACCEPTING FINDINGS,
                                        )   CONCLUSIONS AND
12        v.                            )   RECOMMENDATIONS OF
                                        )   UNITED STATES MAGISTRATE JUDGE
13   RANDY GROUNDS, Warden,             )
                                        )
14                    Respondent.       )
                                        )
15   _____)

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

17   and files herein, and the Report and Recommendation of the United States Magistrate

18   Judge.  Petitioner has not filed any written Objections to the Report.  The Court concurs

19   with and accepts the findings, conclusions and recommendations of the Magistrate

20   Judge.

21        IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition

22   with prejudice.

23

24   DATED: October 16, 2013

25

26                                      _____
                                                    JOHN F. WALTER
27                                             United States District Judge

28