1
2
3
4
5
6
7                             UNITED STATES DISTRICT COURT

8                             CENTRAL DISTRICT OF CALIFORNIA

9

10   STEVEN CUELLAR,                        )   No. CV 12-6036 JFW (FFM)
                                            )
11                     Petitioner,          )
                                            )   JUDGMENT
12          v.                              )
                                            )
13   RANDY GROUNDS, Warden,                 )
                                            )
14                     Respondent.          )
     _____   )
15

16          Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

17   United States Magistrate Judge,

18          IT IS ADJUDGED that the Petition is dismissed with prejudice.

19

20   DATED: October 16, 2013

21

22                                          _____

23                                          JOHN F. WALTER
                                            United States District Judge
24

25

26

27

28