JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN CUELLAR, | ) | NO. CV 12-6036 JFW (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| RANDY GROUNDS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Conclusions of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   January 6, 2023

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE